ACCEPTED
04-14-00913-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/14/2015 3:13:35 PM
KEITH HOTTLE
CLERK

No. 01 14 00267 CV

# IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/14/2015 3:13:35 PM
KEITH E. HOTTLE
Clerk

**David Medrano**, *Appellant*

v.

**Fidelity Insurance**, *Appellee*

On Appeal from the District Court
Bexar County, Texas
Trail Court Case No. 2008 CI 00027

---

## NOTICE OF APPEARANCE

---

To the Honorable 4th Court of Appeals:

Now Comes Gregory T. Van Cleave and files this his notice of appearance. The undersigned will represent Mr. David Medrano in the appeal to the 4th Court of Appeals.

I hereby request that the Court and the opposite parties submit all court related filings and communications to the undersigned on behalf of the Appellant.

Gregory T. Van Cleave
Texas Bar No. 24037881
THE LAW OFFICE OF
ALBERT W. VAN CLEAVE, III PLLC
1520 W. Hildebrand
San Antonio, TX 78201
(210) 341-6588
(210) 341-6589
greg_v@hotmail.com
ATTORNEYS FOR APPELLANTS

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Petition for Review has been sent by facsimile transmission to:

The opposing attorneys in the cause via E-file Texas.

on this ___14___th day of April, 2015.

/S/  Gregory T. Van Cleave
Gregory T. Van Cleave